### J. G. MUSE v. JAMES L. MEEKER.
No. 14,343.   (82 Pac. 1134.)

Error from Pawnee district court; CHARLES E. LOB-DELL, judge. Opinion filed December 9, 1905.  Affirmed.

*H. S. Rogers,* for plaintiff in error.
*G. Polk Cline,* and *W. H. Vernon,* for defendant in error.

. *Per Curiam:* The only question argued in this case by the plaintiff in error is that there was an absolute want of any testimony to support the judgment in the court below.  With this contention we cannot agree.  There is not only substantial but sufficient evidence found in the record to support the conclusions and judgment of the court.  For this reason the judgment is affirmed.

### CHRISTIAN HENRY BEISWANGER *et al.* v. MILTON A. BANGS *et al.*
No. 14,361.   (83 Pac. 1032.)

Error from Cowley district court; CARROLL L. SWARTS, judge.  Opinion filed December 9, 1905.  Affirmed.

*G. H. Buckman,* for plaintiffs in error; *O. P. Fuller,* of counsel.
*Hackney & Lafferty,* for defendants in error.

*Per Curiam:* The facts in this case are substantially the same as those in *Albright v. Bangs, ante,* p. 435, and the judgment is affirmed for the reasons there given.